UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-20-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **FINAL ORDER AND JUDGMENT** |
| v. ) | **CONFIRMING FORFEITURE** |
| ) | |
| DONALD EDWARD WILSON, ) | |
| ) | |
| Defendant. ) | |

On August 11, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Count One in the Bill of Indictment and evidence already in the record; and was adjudged guilty of the offenses charged in those counts. (Doc. No. 15).

On August 12, 2010, through September 10, 2010, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from August 12, 2010, for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the Defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All rights, title, and interest in the following property, whether real, personal, or mixed, has therefore

been forfeited to the United States for disposition according to law:

**One .38 caliber Colt Detective Special revolver, serial number C47087;**

**Four rounds of Federal .38 special caliber cartridges; and**

**Two rounds Speer .38 special caliber cartridges.**

SO ORDERED.

Signed: October 19, 2010

Frank D. Whitney
United States District Judge